COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:          Jared Patton Roark v. The State of Texas

Appellate case number:     01-19-00428-CR

Trial court case number:   C-1-CR-16-216594

Trial court:                       County Court at Law No. 7 of Travis County

On June 20, 2019, we abated this appeal, remanded the case to the trial court, and directed the trial court to execute a certification of appellant's right to appeal indicating whether he has the right to appeal. The district clerk has filed a supplemental clerk's record containing the trial court's certification of appellant's right to appeal, stating that this case "is not a plea-bargain case, and [appellant] **has the right of appeal**." Accordingly, we REINSTATE this case on the Court's active docket.

**The reporter's record is due to be filed no later than 30 days from the date of this order**. *See* TEX. R. APP. P. 35.2(b), 35.3(c).

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd_____
                 ☑ Acting individually    ☐ Acting for the Court

Date: __July 11, 2019_____